UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON STACHELRODT,<br><br>        Plaintiff,<br><br>  v.<br><br>PINNACLE CREDIT SERVICES, LLC & COMMERCIAL RECOVERY SYSTEMS, INC.,<br><br>        Defendant. | No.  2:13-cv-00612-GEB-KJN<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Defendants filed a "Notice of Settlement" on November 6, 2013, in which they state:

> Plaintiff . . . and Defendants . . . have reached an agreement on all material terms required to settle all of Plaintiff's claims . . . .
>
> The parties anticipate that performance of the terms of the settlement agreement will be completed within twenty-one (21) days of the date of this notice . . . .

(Notice of Settlement 2:2-11, ECF No. 10.)

Therefore, a dispositional document shall be filed no later than November 27, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R.

1

1  160(b) ("A failure to file dispositional papers on the date
2  prescribed by the Court may be grounds for sanctions.").
3       IT IS SO ORDERED.
4       Dated:  November 6, 2013

```
                        _____
                        GARLAND E. BURRELL, JR.
                        Senior United States District Judge
```